UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRANDON DORSEY**                                                **CIVIL ACTION**

**VERSUS**                                                        **NO. 15-5070**

**ROBERT C. TANNER, WARDEN**                                      **SECTION "J"(2)**

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Brandon Dorsey for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of August, 2016.

UNITED STATES DISTRICT JUDGE